# UNITED STATES BANKRUPTCY COURT

## FOR

## THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Keisha Martin, Debtor**
Case No.: 25-12311
Chapter: 7

**Keisha Martin**
Plaintiff

v.

**VERIZON SERVICES, LLC**
Defendant



**ADVERSARY PROCEEDING NO.**

## COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY AND DEMAND FOR DAMAGES

### I. JURISDICTION AND PARTIES

1. This is a Complaint for an Adversary Proceeding brought by the Plaintiff, Keisha Martin, the Debtor in the above-captioned bankruptcy case.

2. The Defendant is **VERIZON SERVICES, LLC**, a company that provides telecommunications services.

3. This Court has jurisdiction over this Adversary Proceeding under 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (G), and (O).

4. Venue is proper in this district under 28 U.S.C. § 1409 because the Debtor's bankruptcy case is pending in this district.

### II. FACTUAL ALLEGATIONS

5. The Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on **June 9, 2025.**

6. The filing of the petition created an automatic stay under 11 U.S.C. § 362(a), which prohibits creditors from taking any action to collect a claim against the Debtor that arose before the bankruptcy filing.

7. The debt owed to Verizon, an amount of approximately **$ 478** was incurred prior to the petition date and was listed in the Plaintiff's bankruptcy schedules.

8. Verizon was notified of the bankruptcy filing on or about **June 10, 2025**.

9. Despite having actual notice of the bankruptcy filing, Verizon has repeatedly and willfully violated the automatic stay.

10. Verizon's violations include, but are not limited to, the following:

    a. **Threats of Service Termination:** On multiple occasions after the petition was filed, Verizon sent the Plaintiff emails and/or letters demanding payment of the pre-petition debt. These communications contained explicit or implicit threats that services would be terminated if the debt was not paid.

    b. **Emails Demanding Payment:** On dates including

6/10/25, 7/7/25, 8/6/25, 8/7/25, 8/14/25, 8/16/25, and 8/18/25, Verizon sent emails demanding payment for the pre-petition account balance, stating that the account was past due and that services were at risk of being terminated.

    c. **Actual Service Disconnection:** On **June 10, 2025,** Verizon disconnected the Plaintiff's services. After the Plaintiff contacted Verizon and reminded them of the bankruptcy filing, the services were temporarily restored.

    d. **Second Service Disconnection:** On **August 19, 2025,** Verizon once again disconnected the Plaintiff's services, despite having been previously notified of the bankruptcy. Plaintiff had contacted Verizon via telephone on August 16, 2025, after receiving yet another email regarding pending termination of services. Plaintiff was reassured that bankruptcy filing was noted and to disregard notice.

11. These actions were in willful disregard of the automatic stay and caused the Plaintiff significant emotional distress, inconvenience, and hardship.

### III. CAUSES OF ACTION

### Count 1: Violation of the Automatic Stay, 11 U.S.C. § 362(a)

12. Plaintiff re-alleges and incorporates by reference the preceding paragraphs.

13. Verizon's actions, as described above, were deliberate acts to collect a pre-petition debt and are in direct violation of the automatic stay.

14. Under 11 U.S.C. § 362(k)(1), an individual injured by a willful violation of the automatic stay shall recover actual damages, and, in appropriate circumstances, may recover punitive damages.

## IV. DAMAGES

15. As a direct result of Verizon's willful violations of the automatic stay, the Plaintiff has suffered actual damages, including but not limited to, emotional distress, inconvenience, and loss of essential telecommunications services. Plaintiff has been treated for increased hypertension during the bankruptcy process. This condition has been exacerbated by having to make repeated calls to the creditor to avoid service interruption, receiving conflicting information from up to 6 representatives per call. Ultimately, on August 19, 2025, services were disconnected for a second time since filing. Plaintiff was told they would not restore service, and she must begin a new account. Plaintiff set up a new account (which would take 3 days before installation) and a day later, plaintiff was told she had to wait until original service was fully terminated. There is never a clear resolution at the end of these calls. Plaintiff has had to pay her neighbor for temporary use of their service until this issue is resolved. Plaintiff's business is primarily internet based, so this matter has been extremely disruptive.

16. The Plaintiff is also entitled to punitive damages to deter Verizon and other creditors from engaging in similar unlawful conduct in the future.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter an order:

1. Declaring that Verizon's actions were a willful violation of the automatic stay.

2. Awarding Plaintiff actual damages of $2000.00 for the emotional distress and inconvenience suffered.

3. Awarding Plaintiff punitive damages against Verizon in an amount sufficient to deter future violations.

4. Awarding Plaintiff the costs of this proceeding.

5. Granting such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

Date: August 22, 2025

_/s/ (signature)_

Keisha Martin
2732 Cranston Rd
Philadelphia, PA 19131
267-355-5859

 K Martin <kmar3874@gmail.com>

## Your Verizon account has been suspended
1 message

**Verizon Notification** <verizon-notification@ecrm-mail.verizon.com>  Tue, Jun 10, 2025 at 8:00 AM
To: kmar3874@gmail.com

# verizon

## Make a payment today to restore your service.

Service for your Verizon account ending in 813-0001 has been suspended.

Please pay this amount to restore your service: $284.11

We've made it easy for you to make a payment 24 hours a day, 7 days a week. Pay with any of the options below and we will receive immediate notification of your payment.

- Chat with the Verizon Assistant
- Use the My Verizon app
- Pay online at www.verizon.com/expresspay
- Pay by phone at 800-Verizon (800-837-4966) - a $3.50 vendor fee applies

If you've already made the minimum payment, thanks.



Internet    TV    Smart home    Accessories    My Verizon app    Contact us

© 2025 Verizon. All Rights Reserved.

Ensure Verizon emails reach your inbox by adding verizon-notification@verizon.com to your "safe" email list. Your email provider can provide instructions on how it works.

This email has been sent from an auto-notification system that cannot accept incoming email.

This email was sent to kmar3874@gmail.com. We respect your privacy. Please review our Privacy Policy If you think this email was sent in error or you'd like to change how you receive your notification, click here

338872



K Martin <kmar3874@gmail.com>

## Important information regarding your Verizon account
1 message

**Verizon Notification** <verizon-notification@ecrm-mail.verizon.com>  Tue, Jun 10, 2025 at 9:20 AM
To: kmar3874@gmail.com

**verizon**

### We're in the process of restoring your Verizon services.

Hi,

We're in the process of restoring your services for your Verizon account ending in: 813-0001 . It can take up to 1hour for all your services to be restored, some may be turned on sooner than others.

© 2025 Verizon. All Rights Reserved.

Ensure Verizon emails reach your inbox by adding verizon-notification@verizon.com to your "safe" email list. Your email provider can provide instructions on how it works.

This email has been sent from an auto-notification system that cannot accept incoming email.

This email was sent to kmar3874@gmail.com. We respect your privacy. Please review our Privacy Policy If you think this email was sent in error or you'd like to change how you receive your notification, click here

 Gmail                                                                                       K Martin <kmar3874@gmail.com>

## Your bill is now available online
1 message

**Verizon Notification** <verizon-notification@ecrm-mail.verizon.com>                     Mon, Jul 7, 2025 at 8:11 PM
To: kmar3874@gmail.com

**verizon**                                                                    Shop Fios    My Verizon

# Your bill is ready.

Your Verizon bill is now available. Click here to make a payment, or view and pay your bill on the My Verizon app or at My Verizon.

**Bill summary for account ending in:** 813-0001
**Past due charges:** $750.21 due now
**Current charges:** $206.59 due July 27, 2025
**Total amount due:** $956.80

*Balance doesn't include payments received after July 02, 2025.

Like direct debit billing? Auto Pay is a fast, free and super-easy way to manage your monthly payments.

Thanks for choosing Verizon.

Remember to make your payment at least 3 to 4 business days before your payment is due to allow time for processing and to avoid late payment charges.

 **Gmail**  K Martin <kmar3874@gmail.com>

## Your bill is now available online
1 message

**Verizon Notification** <verizon-notification@ecrm-mail.verizon.com>   Wed, Aug 6, 2025 at 7:20 PM
To: kmar3874@gmail.com

**verizon**   Shop Fios   My Verizon

# Your bill is ready.

Your Verizon bill is now available. Click here to make a payment, or view and pay your bill on the My Verizon app or at My Verizon.

**Bill summary for account ending in:** 813-0001
**Past due charges:** $956.8 due now
**Current charges:** $208.84 due August 27, 2025
**Total amount due:** $1,165.64

*Balance doesn't include payments received after August 02, 2025.

Like direct debit billing? Auto Pay is a fast, free and super-easy way to manage your monthly payments.

Thanks for choosing Verizon.

Remember to make your payment at least 3 to 4 business days before your payment is due to allow time for processing and to avoid late payment charges.

**Note:** If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts as they are for your information only.

This email was sent to kmar3874@gmail.com and from an auto-notification system that cannot accept incoming emails.

 **Gmail**  K Martin <kmar3874@gmail.com>

---

**Your services have been scheduled for suspension**
1 message

---

**verizon notification** <verizon-notification@ecrm-mail.verizon.com>    Thu, Aug 7, 2025 at 9:57 PM
To: kmar3874@gmail.com

**verizon**    Shop Fios    My Verizon

We understand that life gets busy, especially when it comes to paying bills.

We wanted to alert you that your account is scheduled for suspension.

If you've already made this payment, thanks and please ignore this letter. To view your suspension notice, please follow these simple steps:

1. Sign in to your account at My Verizon.
2. Select the View Now button in the My Verizon Notifications section.

## Payment Details

For the account number ending in: 813-0001
Pay the past due amount to avoid suspension.
Pay on or before this date to avoid suspension: 08/18/2025.

We've made it easy for you to get your balance and make a payment 24 hours a day, 7 days a week. Use any of the options below to make a payment - we'll receive immediate notification and we'll credit your account within three business days.

- Chat with the Verizon Assistant
- Use the My Verizon app
- Pay online at verizon.com/payonline
- Pay by phone at 800-verizon (800-837-4966) - a $3.50 vendor fee applies.

If your service is suspended, Verizon charges a restoral fee of $50.00 per line.

If you're not registered on Verizon.com, access the Registration Page and select the Register option.

Please note--we may report information about your account to credit bureaus. Late/missed payments or other defaults on your account may affect your credit report.

Be sure to pay right away to continue enjoying your Verizon service.

 Gmail                                                                                                      K Martin <kmar3874@gmail.com>

## Keisha, take charge of your Verizon account today
1 message

**Verizon Financial Services** <donotreply@verizonfinancialservices.com>                                Tue, Aug 12, 2025 at 2:15 PM
To: kmar3874@gmail.com



# Keep your services

Hi Keisha,

Due to a past due balance of $956.80, your account may be scheduled for suspension within 7 days. This would mean a disruption in the services you rely on from Verizon, and a $50 fee for service restoral.

As your connectivity hangs in the balance, we urge you to prioritize your Verizon payment. Click below to make a payment now.



Thanks for choosing Verizon

**Privacy Legal Accessibility**

   

 **Gmail**     K Martin &lt;kmar3874@gmail.com&gt;

## Keisha, time for urgency on your Verizon account
1 message

**Verizon Financial Services** &lt;donotreply@verizonfinancialservices.com&gt;     Thu, Aug 14, 2025 at 2:23 PM
To: kmar3874@gmail.com



# Critical next steps

Hi Keisha,

Your payment of $956.80 is still past due, and service interruption can occur in as little as 5 days. There's still time to prevent suspension if you act today. Pay now in just a few clicks.

Waiting too long could result in suspension of your service and a $50 fee for service restoral. A quick payment now ensures you stay connected without interruptions.



If you need alternative solutions, sign in to quickly and easily check your eligibility for a Payment Arrangement.

Sign In

Thanks for choosing Verizon